RECEIVED
AUG 20 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI

Jason Beck and Kevin Scott, Plaintiffs, v. The Boeing Company, Defendant.

Case No. 4:25-cv-01154-JSD

---

PLAINTIFFS' MOTION FOR SANCTIONS AND ADVERSE INFERENCE REGARDING BOEING'S FAILURE TO FILE EEO-1 REPORTS

Plaintiffs Jason Beck and Kevin Scott, by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 37 and the Court's inherent authority, for sanctions and an adverse inference against Defendant The Boeing Company ("Boeing") for failing to file federally-mandated EEO-1 reports for 2023, 2024, and 2025. In support of this motion, Plaintiffs state as follows:

---

I. BACKGROUND

1. Federal law requires all private employers with more than 100 employees, and all federal contractors with more than 50 employees and a qualifying contract, to file annual EEO-1 Component 1 reports with the U.S. Equal Employment Opportunity Commission ("EEOC"). See 42 U.S.C. § 2000e-8(c); 29 C.F.R. § 1602.7.

2. Boeing is a federal contractor with thousands of employees nationwide, including hundreds at the Advanced Composite Center in St. Louis, Missouri. Boeing is subject to the mandatory EEO-1 reporting requirement.

3. Upon information and belief, Boeing has failed to file EEO-1 reports for 2023, 2024, and 2025, deliberately concealing workforce demographic data relevant to Plaintiffs' claims of racial discrimination, disparate impact, and retaliation, as alleged in Plaintiffs' Amended Complaint (ECF ___).

4. Specifically, Boeing has failed to file Type 4 EEO-1 reports for the Advanced Composite Center in St. Louis, Missouri, for the years 2024 and 2025. These reports are critical to understanding the demographic composition of the workforce at this facility, which is central to Plaintiffs' claims.

5. The missing EEO-1 data is critical to establishing patterns of systemic discrimination and evaluating the impact of Boeing's employment policies following its acquisition of GKN Aerospace.

6. Boeing's failure to comply with federal reporting obligations has prejudiced Plaintiffs' ability to obtain critical evidence and constitutes spoliation of evidence.

## II. LEGAL STANDARD

7. Federal Rule of Civil Procedure 37(b)(2) authorizes courts to impose sanctions when a party fails to comply with discovery obligations or Court orders.

8. Courts also have inherent authority to sanction parties for bad faith conduct, including concealment or destruction of evidence. Courts may issue an adverse inference instruction at trial, allowing the jury to presume that the missing evidence would have been unfavorable to the party that destroyed or withheld it. See Chambers v. NASCO, Inc., 501 U.S. 32, 45-46 (1991).

## III. ARGUMENT

9. Boeing's failure to file required EEO-1 reports constitutes willful noncompliance with federal law and obstructs Plaintiffs' ability to present evidence of systemic discrimination and disparate impact.

10. Without these reports, Plaintiffs cannot fully establish how Boeing's 120-day probationary policies, promotion practices, and other employment decisions disproportionately affected employees in protected classes.

11. Courts have consistently recognized that failing to maintain or produce mandatory workforce data warrants sanctions and an adverse inference. See, e.g., Zubulake v. UBS Warburg LLC, 220 F.R.D. 212 (S.D.N.Y. 2003).

12. Specifically, the failure to file Type 4 EEO-1 reports for the Advanced Composite Center in St. Louis, Missouri, for the years 2024 and 2025, further exacerbates the prejudice to Plaintiffs by withholding facility-specific demographic data that is crucial to their claims.

13. Accordingly, Plaintiffs request the Court to take strong action to remedy Boeing's misconduct and prevent further prejudice.

## IV. REQUESTED RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court:

A. Compel Boeing to immediately produce any existing drafts, internal workforce demographic reports, or partial EEO-1 submissions covering 2023, 2024, and 2025;

B. Impose sanctions for Boeing's failure to comply with federal EEO-1 reporting requirements;

C. Issue an adverse inference instruction at trial, permitting the jury to infer that Boeing's missing reports would have shown systemic discrimination against Black employees and other protected classes;

D. Award Plaintiffs' reasonable attorneys' fees and costs incurred in bringing this motion; and

E. Grant any other relief the Court deems just and proper.

---

Respectfully submitted,

Kevin Scott 314-305-0646

Kevinscott1977@yahoo.com

---

Certificate of Service:

I hereby certify that a true and correct copy of this Motion for Sanctions and Adverse Inference will be served on all parties in accordance with the Federal Rules of Civil Procedure. Service will be completed once the Court issues guidance regarding Plaintiffs' pending fee waiver request.