**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Kevin Scott,
Jason Beck                                    )    Case no. 4:25cv-1154-JSD
                                              )
v.                                            )    Aug 24                , 20 25
GKN Aerospace Services;                       )
Inc; The Boeing Company

**MEMORANDUM FOR CLERK**

Nature of Suit 442 Civil Rights - Employment

Cause of Action : Employment Discrimination/
                                    Retaliation

Supplemental Statement in support of
Exhibit KS0003.

Kevin Scott

Please circle which applies:  (Pro se) (Attorney for) Plaintiff

                              (Pro se) (Attorney for) Defendant

**SUPPLEMENTAL STATEMENT IN SUPPORT OF EXHIBIT KS0003
(SUCCESSOR LIABILITY)   (4:25-cv-1154-JSD)**

Plaintiff Kevin Scott, appearing pro se, respectfully submits this supplemental
statement in support of **Exhibit KS0003**, previously filed on August 21, 2025, to
clarify its relevance to the claims of successor liability alleged against Defendant
The Boeing Company.

Exhibit KS0003 contains public press releases, legal filings, and other publicly
available documentation demonstrating that:

1. **On April, 2024**, Boeing acquired GKN Aerospace's St. Louis facility
   through an asset purchase agreement;
2. Boeing **retained the GKN workforce**, including management personnel
   involved in the employment actions underlying Plaintiff's claims;
3. Boeing **continued operations at the same facility** and in the same lines of
   business;
4. Boeing had **knowledge of existing or potential employment-related legal
   issues** involving GKN (as shown in legal disputes between Boeing and
   GKN/Melrose); and
5. Boeing itself has faced **separate employment discrimination and
   retaliation allegations**, showing continued issues in its management and
   practices.

Under federal and Missouri law, including *Clarke v. White Plains Geriatric Ctr.*,
464 F.3d 1117 (8th Cir. 2006), such facts support a finding of **successor liability**
in employment discrimination cases, even where the acquisition was structured as
an asset purchase.

Accordingly, Exhibit KS0003 is offered to support the following:

- The Court's **exercise of supplemental jurisdiction** under 28 U.S.C. § 1367;
- Plaintiff's right to pursue claims under the **Missouri Human Rights Act
  (MHRA)** against Boeing as a **successor** to GKN; and
- The factual plausibility of Plaintiff's claims under *Ashcroft v. Iqbal*, 556
  U.S. 662 (2009), and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

Plaintiff respectfully requests the Court consider the contents of Exhibit KS0003 in
evaluating the Amended Complaint and any subsequent motion practice.

Respectfully submitted,
/s/ Kevin Scott
**Kevin Scott**
Pro Se Plaintiff
[kevinscott1977@yahoo.com 314-305-0646]

---