# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Kevin Scott, Jason Beck, )
v. ) Case no. 4:25-CV-1154-JSD
GKN Aerospace Inc, ) Aug 25, 2025
AND The Boeing Company )

## MEMORANDUM FOR CLERK

**Amended**

Supplemental for (PRE-Post Settlement) OV/TRACK 20 Stamp

(Retaliation/Discrimination)

Please circle which applies: (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

*Amended*

KEVIN SCOTT,
    Plaintiff,
v.                        Case No. 4:25-cv-1154-JSD

GKN AEROSPACE SERVICES, INC., and
THE BOEING COMPANY,

    Defendants.

## SUPPLEMENTAL NOTICE OF OV/TRACK 20 STAMP AND SUPPORTING EXHIBITS
(Retaliation & Discrimination – Pre- and Post-Settlement)

Plaintiff Kevin Scott, appearing pro se, respectfully notifies the Court that on August 8, 2025, the Missouri Commission on Human Rights ("MCHR") concluded its proceedings and issued Plaintiff a Notice of Right to Sue. A copy of this Notice is submitted herewith as Exhibit A.

This filing supplements Plaintiff's claims of discrimination and retaliation against Defendants and demonstrates exhaustion of administrative remedies as required by federal and Missouri law. This filing also highlights evidence of both pre-settlement and post-settlement retaliation and disparate treatment concerning the denial of essential OV Stamp certifications.

SUMMARY OF SUPPORTING EXHIBITS

Pre-Settlement (before March 2022):
- Exhibit B – 2019–2021 OV Stamp email chain confirming Plaintiff completed all training and OJT but was denied certification.
- Exhibit C – May 2020 HR complaint and meeting with HR Manager Susan Hemmer.
- Exhibit D – May 2021 HR complaint with Labor Relations Manager Kelly Niedringhaus regarding denial of OV Stamp and AGFM training.

- Exhibit E – July 2021 acknowledgment emails from Kelly Niedringhaus regarding Plaintiff's OV Stamp request, never resolved.
- Exhibit F – IAM837 Seniority Report (Dec. 23, 2021) confirming Plaintiff had more seniority and longer departmental tenure than Trip Miller.

Post-Settlement (after March 2022):
- Exhibit G – OV Stamp qualification records showing Trip Miller, a white employee with less seniority and less departmental experience, was granted the OV Stamp that Plaintiff had been denied for years.
- Exhibit H – EEOC Charge No. 560-2021-02539 and resulting mediation/settlement (March 2022), showing prior findings regarding discriminatory promotion practices.
- Exhibit I – August 8, 2025 MCHR Right to Sue letter confirming exhaustion of state remedies.

LEGAL SIGNIFICANCE

This timeline demonstrates:

1. Plaintiff had more seniority and longer departmental tenure than Trip Miller, yet despite being fully qualified, Plaintiff was denied the OV Stamp before settlement.
2. Following the March 2022 settlement, Defendants granted the OV Stamp to Trip Miller (a junior white employee with less seniority), highlighting both discrimination and retaliation.
3. The MCHR Right to Sue letter (Aug. 8, 2025) authorizes Plaintiff to pursue these claims under the Missouri Human Rights Act (MHRA) in addition to Title VII and 42 U.S.C. § 1981.

WHEREFORE

Plaintiff respectfully requests that the Court accept this supplemental filing, together with Exhibits A–I, as part of the record supporting Plaintiff's claims of retaliation and discrimination.

Respectfully submitted,

/s/ Kevin Scott
Kevin Scott, Pro Se Plaintiff
Email: kevinscott1977@yahoo.com
Phone: (314) 305-0646

CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system. Service on Defendants will be made after the Court rules on Plaintiff's Application to Proceed In Forma Pauperis and issues summons.

Dated: August 25, 2025

/s/ Kevin Scott
Kevin Scott, Pro Se Plaintiff

# Scott, Kevin

| | |
|---|---|
| **From:** | Dubois, Don |
| **Sent:** | Tuesday, April 2, 2019 8:15 AM |
| **To:** | Kellar, Brigitte L.; Corey, Mark; Shahrukh, Muhammad |
| **Cc:** | Sieckmann, Linda; Pullen, Hamilton; Roth, Ben; Olion, Keith |
| **Subject:** | RE: OV certification |

Reply in blue.

**From:** Kellar, Brigitte L.
**Sent:** Tuesday, April 2, 2019 8:03 AM
**To:** Corey, Mark <Mark.Corey@usa.gknaerospace.com>; Dubois, Don <Don.Dubois@USA.GKNAEROSPACE.COM>; Shahrukh, Muhammad <Muhammad.Shahrukh@usa.gknaerospace.com>
**Cc:** Sieckmann, Linda <Linda.Sieckmann@USA.GKNAEROSPACE.COM>; Pullen, Hamilton <Hamilton.Pullen@usa.gknaerospace.com>; Roth, Ben <Ben.Roth@USA.GKNAEROSPACE.COM>; Olion, Keith <Keith.Olion@usa.gknaerospace.com>
**Subject:** RE: OV certification

I am not sure why the lost OV stamp wasn't mentioned previously or last week when we were trying to sequester his stamp. There is a 5 day business day hold on replacing the stamp once the lost paperwork has been submitted.

Muhammad, Linda or Hamilton - please report his stamp as lost.

Don – Let's start over.

Does Kevin Scott have all the training, testing and OJT complete to be issued a CS stamp? YES
Does Kevin Scott have all the training, testing and OJT complete to be issued a OV CS track 1 stamp? YES

Thank you!

Brigitte Kellar
GKN Aerospace

(314)264-3192

"This e-mail is confidential and contains information proprietary to GKN that may be covered by legal, professional or other privilege. Recipient may use such information only in the context of the terms of the existing agreements in effect between both parties. The sender does not give any warranty as to the completeness of this e-mail. If you are not the attended addressee you may not use, disclose or copy this transmission."

**From:** Corey, Mark
**Sent:** Monday, April 1, 2019 11:51 PM
**To:** Kellar, Brigitte L. <Brigitte.Kellar@USA.GKNAEROSPACE.COM>; Dubois, Don <Don.Dubois@USA.GKNAEROSPACE.COM>; Shahrukh, Muhammad <Muhammad.Shahrukh@usa.gknaerospace.com>
**Cc:** Sieckmann, Linda <Linda.Sieckmann@USA.GKNAEROSPACE.COM>; Pullen, Hamilton <Hamilton.Pullen@usa.gknaerospace.com>; Roth, Ben <Ben.Roth@USA.GKNAEROSPACE.COM>; Olion, Keith <Keith.Olion@usa.gknaerospace.com>
**Subject:** RE: OV certification

1

Exhibit B 2 of 4

Brigitte,

Kevin needs a CS stamp and a OV stamp. He says that he lost / taken away from him when he was walked out for several months. When he returned the stamp was gone. We need to report the old stamp as lost because I do not have any idea what happened to his stamp after he was let go. I do not know if it was destroyed or turned into to someone. Please let me know if I should turn in a lost stamp report.

Thanks

Mark E Corey
Team Leader Composites
314-580-7831


**From:** Kellar, Brigitte L.
**Sent:** Monday, April 1, 2019 10:05 AM
**To:** Dubois, Don <Don.Dubois@USA.GKNAEROSPACE.COM>; Shahrukh, Muhammad <Muhammad.Shahrukh@usa.gknaerospace.com>; Corey, Mark <Mark.Corey@usa.gknaerospace.com>
**Cc:** Sieckmann, Linda <Linda.Sieckmann@USA.GKNAEROSPACE.COM>; Pullen, Hamilton <Hamilton.Pullen@usa.gknaerospace.com>; Roth, Ben <Ben.Roth@USA.GKNAEROSPACE.COM>; Olion, Keith <Keith.Olion@usa.gknaerospace.com>
**Subject:** RE: OV certification

Stamp control updated:

 GKN AEROSPACE

GKN Stamp Control - Employee Number Search Results

| | |
|---|---|
| Employee Number: | 600747 |
| Name: | Kevin Scott |
| Verification Stamp: | 078 |
| Qualifications (Limited to Composite Structures) | |
| Track 1 - Composites Fabrication & Bonding | |

Brigitte Kellar
GKN Aerospace

(314)264-3192

"This e-mail is confidential and contains information proprietary to GKN that may be covered by legal, professional or other privilege. Recipient may use such information only in the context of the terms of the existing agreements in effect between both parties. The sender does not give any warranty as to the completeness of this e-mail. If you are not the attended addressee you may not use, disclose or copy this transmission."

**From:** Dubois, Don
**Sent:** Monday, April 1, 2019 10:00 AM
**To:** Kellar, Brigitte L. <Brigitte.Kellar@USA.GKNAEROSPACE.COM>; Shahrukh, Muhammad <Muhammad.Shahrukh@usa.gknaerospace.com>; Corey, Mark <Mark.Corey@usa.gknaerospace.com>
**Cc:** Sieckmann, Linda <Linda.Sieckmann@USA.GKNAEROSPACE.COM>; Pullen, Hamilton <Hamilton.Pullen@usa.gknaerospace.com>; Roth, Ben <Ben.Roth@USA.GKNAEROSPACE.COM>; Olion, Keith

2

From: Dubois, Don
Sent: Wednesday, March 27, 2019 7:22 AM
To: Kellar, Brigitte L. <Brigitte.Kellar@USA.GKNAEROSPACE.COM>
Subject: Remove OV certification for Kevin Scott

Brigitte, can you please remove CS track 2 OV from Kevins certifications, he no longer needs it. However with that said, he is getting his OV in CS required training.

| | |
|---|---|
| **Employee Number:** | 600747 |
| **Name:** | Kevin Scott |
| **Verification Stamp:** | 078 |
| **Qualifications** (Limited to Composite Structures) | |
| Track 2 - Autoclave / Oven | |

Thank you- Don

Mark – Kevin is NOT to use his stamp for CS Track 1.

Brigitte Kellar
GKN Aerospace

(314)264-3192

"This e-mail is confidential and contains information proprietary to GKN that may be covered by legal, professional or other privilege. Recipient may use such information only in the context of the terms of the existing agreements in effect between both parties. The sender does not give any warranty as to the completeness of this e-mail. If you are not the attended addressee you may not use, disclose or copy this transmission."

From: Shahrukh, Muhammad
Sent: Thursday, March 28, 2019 6:11 AM
To: Kellar, Brigitte L. <Brigitte.Kellar@USA.GKNAEROSPACE.COM>; Dubois, Don <Don.Dubois@USA.GKNAEROSPACE.COM>
Cc: Sieckmann, Linda <Linda.Sieckmann@USA.GKNAEROSPACE.COM>; Pullen, Hamilton <Hamilton.Pullen@usa.gknaerospace.com>; Roth, Ben <Ben.Roth@USA.GKNAEROSPACE.COM>; Olion, Keith <Keith.Olion@usa.gknaerospace.com>
Subject: FW: OV certification

Below is the response from Mark Cory (3rd shift Team Leader)
Kevin Scott used to have a Track 2 stamp and worked in Autoclave area. Now, he is working on AGFM and have Track 1 stamp.
Thank you.

From: Corey, Mark
Sent: Thursday, March 28, 2019 6:05 AM
To: Shahrukh, Muhammad <Muhammad.Shahrukh@usa.gknaerospace.com>
Subject: OV certification

Muhammad,

Kevin Scott, 600747, lost his track 2 OV certification due to a lapse of employment. He has completed all of the training and testing for both the CS stamp and track 1 OV certification since his return. I am currently waiting to receive his stamps.

4

<Keith.Olion@usa.gknaerospace.com>
**Subject:** RE: OV certification

Brigitte, Kevin just completed all his OV requirements and OJT for track 1, do you just want to update his stamp to CS track 1?

**From:** Kellar, Brigitte L.
**Sent:** Monday, April 1, 2019 9:55 AM
**To:** Shahrukh, Muhammad <Muhammad.Shahrukh@usa.gknaerospace.com>; Dubois, Don <Don.Dubois@USA.GKNAEROSPACE.COM>; Corey, Mark <Mark.Corey@usa.gknaerospace.com>
**Cc:** Sieckmann, Linda <Linda.Sieckmann@USA.GKNAEROSPACE.COM>; Pullen, Hamilton <Hamilton.Pullen@usa.gknaerospace.com>; Roth, Ben <Ben.Roth@USA.GKNAEROSPACE.COM>; Olion, Keith <Keith.Olion@usa.gknaerospace.com>
**Subject:** RE: OV certification
**Importance:** High

Is this stamp sequestered? It has not been turned in to stamp control.

Brigitte Kellar
GKN Aerospace

(314)264-3192

"This e-mail is confidential and contains information proprietary to GKN that may be covered by legal, professional or other privilege. Recipient may use such information only in the context of the terms of the existing agreements in effect between both parties. The sender does not give any warranty as to the completeness of this e-mail. If you are not the attended addressee you may not use, disclose or copy this transmission."

**From:** Kellar, Brigitte L.
**Sent:** Thursday, March 28, 2019 7:30 AM
**To:** Shahrukh, Muhammad <Muhammad.Shahrukh@usa.gknaerospace.com>; Dubois, Don <Don.Dubois@USA.GKNAEROSPACE.COM>; Corey, Mark <Mark.Corey@usa.gknaerospace.com>
**Cc:** Sieckmann, Linda <Linda.Sieckmann@USA.GKNAEROSPACE.COM>; Pullen, Hamilton <Hamilton.Pullen@usa.gknaerospace.com>; Roth, Ben <Ben.Roth@USA.GKNAEROSPACE.COM>; Olion, Keith <Keith.Olion@usa.gknaerospace.com>
**Subject:** RE: OV certification
**Importance:** High

Please get his stamp. According to Don's email that I sent yesterday he is not Track 1 certified.

3

Exhibit C

## Scott, Kevin

| | |
|---|---|
| **Subject:** | Kevin Scott OV Stamp |
| **Location:** | CR_OPS (Seat 20) |
| **Start:** | Wed 5/27/2020 7:30 AM |
| **End:** | Wed 5/27/2020 8:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Hemmer, Susan |
| **Required Attendees:** | Gholston, Karl; Laffleur, Tim; Tuohy, Matthew; Dorado, Omar; Scott, Kevin |

Let's all convene together (leaders and employee) to sort out Kevin's OV stamp please. I appreciate your participation.

1

Case: 4:25-cv-01154-JSD   Doc. #: 12   Filed: 08/25/25   Page: 10 of 20 PageID #: 273

Exhibit D

## FW: Document received 7.6.21

From: Scott, Kevin (kevin.scott2@usa.gknaerospace.com)

To: kevinscott1977@yahoo.com

Date: Monday, July 12, 2021 at 05:36 AM CDT

From: Niedringhaus, Kelly <Kelly.Niedringhaus@usa.gknaerospace.com>
Sent: Thursday, July 8, 2021 2:38 PM
To: Scott, Kevin <Kevin.Scott2@usa.gknaerospace.com>
Subject: Document received 7.6.21

Kevin,

After reviewing your document, one of the few things that I hear is that you are interested in obtaining your OV stamp.
I do not make decisions on the departmental need for quality stamps, I have reached out to your team leader to get more insight on the need in your department and shift.

I will follow up once I know more.

The other concerns listed on the above dated document will be reviewed and coinsidered as well.

Thank you,
kelly

**Kelly Niedringhaus | Labor Relations Manager | GKN Aerospace St. Louis**
142 J.S. McDonnell Blvd | Hazelwood | Missouri | 63042 | USA
Cell: 314 619 9683 | Office: 314 264 4147 | Fax: 314 264 3036
Kelly.Niedringhaus@usa.gknareospace.com | www.gknaerospace.com

WARNING: This document may contain technical data whose export is restricted by the Arms Export Control Act (Title 22, U.S.C., SEQ 2751 ET SEQ) or the Export Administration Act (Title 50, U.S.C., APP 2401-2420). Violations of these export laws are subject to severe criminal penalties. This e-mail is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional, or other privilege. If you are not the intended addressee you must not use, disclose, or copy this transmission. This E-mail is not intended to impose nor shall it be construed as imposing any legally binding obligation upon any of the GKN group of companies ("GKN"), and/or any subsidiaries thereof or associated companies thereof. Neither GKN nor any subsidiaries thereof or associated companies thereof gives any representation or warranty as to the accuracy or completeness of the contents of this E-mail. GKN shall not be held liable to any person resulting from the use of any information contained in this E-mail and shall not be liable to any person who acts or omits to do anything in reliance upon it. Unendorsed export or re-export is prohibited.

We are committed to using and managing personal information responsibly and ethically. Please see our privacy policy to find out more about how we will use your personal data.

# Scott, Kevin

| | |
|---|---|
| **From:** | Niedringhaus, Kelly |
| **Sent:** | Wednesday, July 21, 2021 3:51 PM |
| **To:** | Scott, Kevin |
| **Subject:** | RE: Document received 7.6.21 |

Kevin,

I wanted you to know my Boss Paul and I have a meeting with quality on their processes tomorrow 7/22/21. I plan to address the need for stamps on 3rd shift.

I will follow up once I have more information ,

Thank you,
Kelly

---

**From:** Niedringhaus, Kelly
**Sent:** Thursday, July 8, 2021 2:38 PM
**To:** Scott, Kevin <Kevin.Scott2@usa.gknaerospace.com>
**Subject:** Document received 7.6.21

Kevin,

After reviewing your document, one of the few things that I hear is that you are interested in obtaining your OV stamp. I do not make decisions on the departmental need for quality stamps, I have reached out to your team leader to get more insight on the need in your department and shift.

I will follow up once I know more.

The other concerns listed on the above dated document will be reviewed and coinsidered as well.

Thank you,
kelly

**Kelly Niedringhaus | Labor Relations Manager | GKN Aerospace St. Louis**
142 J.S. McDonnell Blvd | Hazelwood | Missouri | 63042 | USA
Cell: 314 619 9683 | Office: 314 264 4147 | Fax: 314 264 3036
Kelly.Niedringhaus@usa.gknaerospace.com | www.gknaerospace.com

1

Exhibit F

| Rank | Local Payroll ID | Last Name | First Name | | Seniority Date | Classification | | Lead Status | Dept (ref only) | | Shift (ref only) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 234 | 741156 | Boyd | Craig | A | 5/31/2016 | Bonding Mechanic | | | 01888K | Starnes | Shift 1 |
| 235 | 600741 | Gillespie | Nicholas | A | 7/5/2016 | Bonding Mechanic | (w) | Lead | 01888P | Allen | Shift 1 |
| 236 | 600366 | Licht | Thomas | A | 7/10/2017 | Bonding Mechanic | | | 01087C | Binion | Shift 2 |
| 237 | 600744 | Sanders | Lisa | A | 7/24/2017 | Bonding Mechanic | | | 01887K | Kowaleski | Shift 1 |
| 238 | 600747 | Scott | Kevin | A | 7/24/2017 | Bonding Mechanic | ← | | 01087B | Gholston | Shift 3 |
| 239 | 600748 | Dixon | Quintana | A | 7/24/2017 | Bonding Mechanic | | | 01087M | Yates | Shift 2 |
| 240 | 600751 | Miller | Trip | A | 7/24/2017 | Bonding Mechanic | ← | | 01087B | Milligan | Shift 1 |
| 241 | 600755 | Busch | Michael | A | 8/7/2017 | Bonding Mechanic | | | 01088D | Gibbs | Shift 1 |
| 242 | 600757 | Jackson | Demoncilli | A | 8/14/2017 | Bonding Mechanic | | | 01087D | Mercado | Shift 1 |
| 243 | 600758 | Gilbert | Marsha | A | 8/14/2017 | Bonding Mechanic | | | 01888K | Brackins | Shift 3 |
| 244 | 600759 | Lipford-Pegues | Darcel | A | 8/14/2017 | Bonding Mechanic | | | 01087M | Mercado | Shift 1 |
| 245 | 600760 | Curd | Anthony | A | 8/14/2017 | Bonding Mechanic | | | 01084E | Dinwiddie | Shift 1 |
| 246 | 600765 | Farrell | Dennis | B | 8/14/2017 | Bonding Mechanic | | | 01088E | Cunningham | Shift 2 |
| 247 | 600766 | Fitzsimmons | Dana | B | 8/28/2017 | Bonding Mechanic | | | 01087D | Mercado | Shift 1 |
| 248 | 600767 | Jones | Peter | B | 8/28/2017 | Bonding Mechanic | | | 01887K | Kowaleski | Shift 1 |
| 249 | 600768 | Agnew | Mark | B | 8/28/2017 | Bonding Mechanic | | | 01087W | Mercado | Shift 1 |
| 250 | 600771 | Smith | Dekemaus | B | 8/28/2017 | Bonding Mechanic | | | 01087M | Adams | Shift 1 |
| 251 | 600773 | Alford | Kenneth | B | 8/28/2017 | Bonding Mechanic | | | 01087M | Gholston | Shift 3 |
| 252 | 600776 | Franklin | Micah | B | 8/28/2017 | Bonding Mechanic | | | 01087C | Gholston | Shift 3 |
| 253 | 600087 | Kern | Lawrence | B | 10/16/2017 | Bonding Mechanic | | | 01087M | Yates | Shift 2 |
| 254 | 600778 | Watts | Gregory | B | 10/16/2017 | Bonding Mechanic | | | 01087C | Gholston | Shift 3 |
| 255 | 600780 | Boyer | Brent | B | 10/16/2017 | Bonding Mechanic | | | 01088X | Montgomery | Shift 1 |
| 256 | 600784 | Hayes | Mark | B | 10/16/2017 | Bonding Mechanic | | | 01087W | Binion | Shift 2 |
| 257 | 600785 | Bogan | Luther | B | 10/16/2017 | Bonding Mechanic | | | 01087B | Milligan | Shift 1 |
| 258 | 600789 | Marty | Matthew | B | 1/29/2018 | Bonding Mechanic | | | 01087B | Milligan | Shift 1 |
| 259 | 600793 | Stewart | Undra | B | 9/4/2018 | Bonding Mechanic | | | 01988Z | LoBosco | Shift 1 |
| 260 | 600796 | Settles | Nicholas | B | 10/1/2018 | Bonding Mechanic | (w) | Lead | 01888K | Starnes | Shift 1 |
| 261 | 600797 | Marsh | Thomas | B | 10/1/2018 | Bonding Mechanic | | | 01088E | Cunningham | Shift 2 |
| 262 | 600799 | Williams | Kendrick | B | 10/1/2018 | Bonding Mechanic | | | 01087J | Cunningham | Shift 2 |
| 263 | 600801 | Reed | Richard | B | 10/1/2018 | Bonding Mechanic | | | 01887K | Kowaleski | Shift 1 |
| 264 | 600802 | Simon | Antonio | B | 10/1/2018 | Bonding Mechanic | | | 01887K | Brackins | Shift 3 |
| 265 | 600803 | Johnson | Cameron | B | 10/1/2018 | Bonding Mechanic | | | 01887K | Kowaleski | Shift 1 |
| 266 | 600804 | Manning | Jeffrey | B | 10/15/2018 | Bonding Mechanic | | | 01987Z | Schnelting | Shift 1 |
| 267 | 600805 | Vardeman | Johnathan | B | 10/15/2018 | Bonding Mechanic | | | 01087M | Adams | Shift 1 |
| 268 | 600810 | Hammock | Robin | B | 10/29/2018 | Bonding Mechanic | | | 01088X | Brackins | Shift 3 |
| 269 | 600811 | Lawson | Otis | B | 10/29/2018 | Bonding Mechanic | | | 01087B | Yates | Shift 2 |
| 270 | 600812 | Gates | Julius | B | 10/29/2018 | Bonding Mechanic | | | 01084F | Mercado | Shift 1 |
| 271 | 600813 | Denson | Jeremy | B | 10/29/2018 | Bonding Mechanic | | | 01087M | Yates | Shift 2 |
| 272 | 600814 | Johnson | Christopher | B | 10/29/2018 | Bonding Mechanic | | | 01088X | Montgomery | Shift 1 |

## Scott, Kevin

**From:** Scott, Kevin
**Sent:** Sunday, January 23, 2022 11:43 PM
**To:** Gholston, Karl
**Subject:** RE: My OJT for my track 20 and track 1 OV stamps

Ive been hearing that for over 2 years of empty promises and lies. I told you before over and over again im ready anytime all I ever get from you is excuses to continue to promote discriminatory behavior when it comes to blacks training and getting promoted

**From:** Gholston, Karl
**Sent:** Friday, January 21, 2022 1:38 AM
**To:** Scott, Kevin <Kevin.Scott@gknads.com>
**Cc:** Niedringhaus, Kelly <Kelly.Niedringhaus@gknads.com>
**Subject:** RE: My OJT for my track 20 and track 1 OV stamps

Will work with 1st shift to accommodate. When are you available to go on first to get it complete?

**From:** Scott, Kevin
**Sent:** Friday, January 21, 2022 12:21 AM
**To:** Gholston, Karl <Karl.Gholston@gknads.com>
**Cc:** Niedringhaus, Kelly <Kelly.Niedringhaus@gknads.com>
**Subject:** My OJT for my track 20 and track 1 OV stamps

I writing because I'm still waiting on my OJT for my track 1 and track 20 OV stamps that I was told would happen, but have yet happen??????

1



*Exhibit G (1 of 2)*

*Pre settlement (3/2022)*

## GK20 - FAI (Qualifications Limited to Composite Structures)

FAI track qualifications work in conjunction with the employee's qualification track(s).

| EMPLOYEE # | EMPLOYEE | OV STAMP # |
|---|---|---|
| 184731 | Vollmer, Don | 385 |
| 204366 | McEwen, Frank | 229 |
| 209992 | Graf, Robert | 138 |
| 218021 | Wiesemeyer, Gerry | 090 |
| 231360 | Saylor, Greg | 076 |
| 231361 | Saylor, Virginia | 643 |
| 231840 | Goforth, Mike | 617 |
| 232979 | Dupske, Frank | 156 |
| 233360 | Sneed, William | 058 |
| 235745 | Chestnut, Karen | 070 |
| 242442 | Eller, Greg | 618 |
| 247797 | Doebber, Chris | 247 |
| 248023 | Spurlock, Sandra | 686 |
| 248032 | Wimberly, William | 638 |
| 262562 | Foster, David | 780 |
| 273352 | Camren, Tim | 492 |
| 273393 | Hammock, Daniel | 310 |
| 282688 | Sanders, Kadee | 626 |
| 285386 | Slater, Andrew | 342 |
| 600072 | Dallas, John | 490 |
| 600080 | Wilson, Ross | 685 |
| 600101 | Smith, Tim | 388 |
| 600126 | Ray, Steven | 061 |
| 600167 | Tyler, John | 440 |
| 600171 | Steele, Kathy | 119 |
| 600193 | Connors, Nicholas | 777 |

http://composites.web.gknstl.com/stampcontrol/ovqual.cfm?detail=1&id=22&type=ver

6/30/2021

Exhibit B (2 of 2)

| | | |
|---|---|---|
| 600223 | Desherlia, Bryan | 308 |
| 600226 | Tripp, Jason | 179 |
| 600244 | Stegall, Debora | 663 |
| 600261 | Cowan, Benjamin | 451 |
| 600281 | Schulze, Arthur | 547 |
| 600296 | Frago, Zachary | 550 |
| 600300 | Smith, Scott | 609 |
| 600304 | Bast, Eric | 525 |
| 600340 | Randle, Jeff | 241 |
| 600369 | Stevenson, David | 264 |
| 600387 | Tinnon, John | 253 |
| 600398 | Domko, Duane | 359 |
| 600416 | Able, Ronald | 320 |
| 600423 | Clancy, William | 318 |
| 600432 | Piwowarczyk, Jr., Mike | 144 |
| 600446 | Pegue, Matthew | 280 |
| 600459 | Elliott, Randy | 290 |
| 600480 | Duchscherer, Bill | 324 |
| 600758 | Gilbert, Marsha | 158 |



*Post settlement.*

*Exhibit G 1 of 2 (03/2022)*

## Track 1 - Composites Fabrication & Bonding (Qualifications Limited to Composite Structures)

| EMPLOYEE # | EMPLOYEE | OV STAMP # |
|---|---|---|
| 209169 | Williams, Dave | 574 |
| 209992 | Graf, Robert | 138 |
| 224750 | Wikoff, Mike | 267 |
| 224967 | Luther, Tom | 530 |
| 232909 | Phelps, Jeffrey | 461 |
| 234525 | Frein, Melvin | 390 |
| 235745 | Chestnut, Karen | 070 |
| 245977 | Stegall, Michael | 732 |
| 248023 | Spurlock-Eaton, Sandra | 686 |
| 273326 | Fastzkie, Darrell | 414 |
| 285386 | Slater, Andrew | 342 |
| 600040 | Barnes, David | 676 |
| 600066 | Tate, Willa | 325 |
| 600080 | Wilson, Ross | 685 |
| 600101 | Smith, Tim | 388 |
| 600102 | Williams, August | 434 |
| 600118 | Grant, Cheryl | 636 |
| 600140 | Peters, Chris | 430 |
| 600167 | Tyler, John | 440 |
| 600171 | Steele, Kathy | 119 |
| 600198 | Korhammer, Curtis | 639 |
| 600222 | Benedict, Jeffrey | 339 |
| 600226 | Tripp, Jason | 179 |
| 600231 | Butler, Willie | 595 |
| 600233 | Creer, Barnabas | 084 |
| 600244 | Stegall, Debora | 663 |
| 600252 | Vandeveer, Mark | 782 |

| | | |
|---|---|---|
| 600294 | Boyd, Walter | 693 |
| 600342 | Spann, Gale | 564 |
| 600358 | Hummel, James | 351 |
| 600372 | Boschert, John | 240 |
| 600378 | Patton, Shanika | 581 |
| 600386 | Derby, Kimberly | 284 |
| 600389 | Sieger, Adam | 150 |
| 600398 | Domko, Duane | 359 |
| 600459 | Elliott, Randy | 290 |
| 600468 | Svoboda, Matt | 178 |
| 600612 | Vossenkemper, Dean | 788 |
| 600616 | Aiken, Kris | 271 |
| 600640 | Davis, Deborah | 531 |
| 600727 | Coonce, David | 614 |
| 600751 | Miller, Trip | 802 |
| 600758 | Gilbert, Marsha | 158 |
| 600767 | Jones, Peter | 724 |
| 600801 | Reed, Richard | 606 |
| 600822 | Skrivan, Michael | 455 |
| 600849 | McColgan, Jennifer | 661 |
| 600884 | Howe, Aaron | 746 |
| 600889 | Parker, Darnell | 807 |
| 601057 | Artem, Moore | 774 |

Exhibit H

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## REQUEST FOR WITHDRAWAL OF CHARGE OF DISCRIMINATION

**Instructions to the person requesting withdrawal:** You recently indicated a desire to withdraw your charge. In order to begin such action, please furnish the information below and return this form in the enclosed envelope. As a request for withdrawal of charge is subject to the approval of the Commission, your request will be considered and acted upon when received by this office. Please note that at this time the Commission is still prepared to proceed with your case if you so desire.

| CHARGE NUMBER 560-2021-02539 | DATE 7-9-22 |
|---|---|
| **AGGRIEVED PARTY** Kevin Scott | **RESPONDENT(S)** GKN |

### AGGRIEVED PARTY -- COMPLETE INFORMATION BELOW
*(Continue on reverse if necessary)*

I am aware that the Federal Government protects my right to file a charge and have been advised that it is unlawful for any person covered by the statutes enforced by EEOC to threaten, intimidate, harass or otherwise retaliate against me because I have filed a charge. I have not been coerced into requesting this withdrawal.

I request the withdrawal of my charge because:

It was resolved through mediation.

I also request withdrawal of this charge dual filed under the Missouri Human Rights Act, Chapter 213.RSMO.

| DATE 7-9-22 | SIGNATURE Kevin Scott | FOR EEOC USE ONLY |
|---|---|---|
| **SEND TO** | | ☐ Withdrawal with Settlement |
| | | ☐ Withdrawal without Settlement |
| | | ☐ Approve |
| | | ☐ Disapprove |
| | | DATE |
| | | APPROVING OFFICIAL |

EEOC Form 154 (10/94)

Case: 4:25-cv-01154-JSD   Doc. #: 12   Filed: 08/25/25   Page: 19 of 20 PageID #: 282

RECEIVED
AUG 20 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# MISSOURI COMMISSION ON HUMAN RIGHTS

| MIKE KEHOE  GOVERNOR | ANNA S. HUI  DEPARTMENT DIRECTOR | AL LI  COMMISSION CHAIR | ALISA WARREN, PH.D.  EXECUTIVE DIRECTOR |

August 8, 2025

Exhibit I 1 of 2

Kevin Scott
1481 S. Waterford Drive
Florissant, MO 63033
Via Complainant Attorney Email: Kevinscott1977@yahoo.com

## NOTICE OF RIGHT TO SUE

RE: Scott v. GKN Aerospace Hazelwood MO, FE-12/22-35511; 560-2023-00405

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your complaint in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST**.

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period for any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of this complaint and MCHR has not completed its administrative processing.

Also, please note, that your cause of action may be beyond the 2 year statute of limitations which may prevent you from pursuing your claim in court.

(CONTINUED ON NEXT PAGE)

*The Missouri Commission on Human Rights is an equal opportunity employer/program.  
Auxiliary aides and services are available upon request to individuals with disabilities.*

TDD/TTY: 1-800-735-2966   •   Relay Missouri: 711   •   www.labor.mo.gov/discrimination   •   Email: mchr@labor.mo.gov

Exhibit I 2 of 2

RE: Scott v. GKN Aerospace Hazelwood MO
FE-12/22-35511; 560-2023-00405

Respectfully,

Alisa Warren, Ph.D.
Executive Director

CC:
GKN Aerospace Hazelwood MO
142 James S. McDonnell blvd.
Hazelwood, MO 63042
*Via Respondent Attorney Email*

Katrina Morgan
Attorney, Jackson Lewis PC
1 North Brentwood Boulevard
Suite 1150
Saint Louis, MO 63105
katrina.morgan@jacksonlewis.com

*The Missouri Commission on Human Rights is an equal opportunity employer/program.*
*Auxiliary aides and services are available upon request to individuals with disabilities.*

TDD/TTY: 1-800-735-2966   •   Relay Missouri: 711   •   www.labor.mo.gov/discrimination   •   Email: mchr@labor.mo.gov