AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

Kevin Scott
*Plaintiff/Petitioner*
v.
The Boeing et al
*Defendant/Respondent*

Civil Action No. 4:25CV01154JSD

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Kevin Scott*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: AUG 28, 2025

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 3200 | $ | $ 0.00 | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ 1200 | $ | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ 0.00 | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ 4,400.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| ADDECO Temp | 3218 Laclede Station St Louis mo 63143 | Sep 2025 - Aug 2025 | $ 2860 |
| DFT | 2290 Grissom D St.Louis, 63146 | Jan 2025 - April 2025 | $ 4,160 |
| Deborah Percison | 11600 Adie RD Maryland Heights 63043 | Jan 2024 - Dec 2024 | 3840 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home (Value) | $ | 0.00 |
| Other real estate (Value) | $ | |
| Motor vehicle #1 (Value) | $ | 0.00 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Motor vehicle #2 (Value) | $ | |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Other assets (Value) | $ | |
| Other assets (Value) | $ | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| BS | SON | 16 |
| KS | SON | 14 |
| | | |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? ☐ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 850.00 | $ |
| Home maintenance (repairs and upkeep) | $ 200.00 | $ |
| Food | $ 300.00 | $ |
| Clothing | $ 200.00 | $ |
| Laundry and dry-cleaning | $ 100.00 | $ |
| Medical and dental expenses | $ 200.00 | $ |
| Transportation (not including motor vehicle payments) | $ 150.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| Total monthly expenses: | $ 2,000.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☑ Yes    ☐ No    If yes, describe on an attached sheet.    *Hopeful to start back working*

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☐ Yes    ☑ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    Currently I'm unemployed.

12. Identify the city and state of your legal residence.
    st.louis, mo.

    Your daytime phone number:    (314) 305-0646

    Your age:   48    Your years of schooling:    12

    Last four digits of your social-security number:    1645

Kevin Scott
5915 Wilson Ave
St. Louis, Mo 63110

Declaration of Financial Status

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastern Division

Kevin Scott
    Plaintiff,

v.                              Case No. 4:25cv01154JSD

The Boeing Company, et al.,
    Defendants.

DECLARATION OF FINANCIAL STATUS

I, Kevin Scott declare under penalty of perjury as follows:

1. I am the Plaintiff in this action.

2. I am currently unemployed and do not receive any regular income from employment.

3. I am not receiving sufficient funds from any source to pay the $405 filing fee required to commence this civil action.

4. I have attached verification from the [Missouri Department of Labor / Unemployment Office] showing my current unemployment status.

5. I respectfully request that the Court grant my Application to Proceed in District Court Without Prepaying Fees or Costs pursuant to 28 U.S.C. § 1915.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Aug 28,2025

Kevin Scott

314-305-0646

Kevinscott1977@yahoo.com

*/s/ Kevin Scott*

**DIVISION OF EMPLOYMENT SECURITY**

P.O. Box 3100
Jefferson City, MO 65102-3100
www.labor.mo.gov/DES

4777



*74634525      *

4777

KEVIN G SCOTT
1481 S WATERFORD DR
APT A
FLORISSANT MO 63033-6132

Date Mailed: 07-08-2025

Social Security No.: XXX-XX-1645

Amount to be Certified: $1,920.00

**Return Top Portion With Your Payment**

# Notice of Intent to Intercept Federal Income Tax Refund
### *(Section 288.380.14 of the Missouri Revised Statutes)*

The Missouri Division of Employment Security (DES) records show you owe the agency the amount to be certified as indicated above for overpaid unemployment benefits and/or penalties. Due to your failure to repay this debt in full, the DES is authorized to refer the debt to the United States Department of Treasury (Treasury) for collection through the Treasury Offset Program (TOP).

Through the TOP, the Treasury is authorized to offset your federal income tax refund from the Internal Revenue Service (IRS) to repay this debt. If this debt is referred to collection through the TOP, you also will be charged an administrative collection fee. To avoid offset of your federal income tax refund and the additional fee, you must pay your debt in full within 60 days of this notice's mail date.

The DES has established that this debt is due to fraud and/or your failure to report earnings on your unemployment claim. All determinations regarding this matter have become final, and this debt is legally enforceable. You have the right, however, to present evidence within 60 days of this notice's mail date that all or part of this debt is not legally enforceable, is not due to fraud and/or your failure to report earnings, and should not be subject to offset. The DES will consider all evidence presented and will determine if the debt will be referred to the Treasury.

If you and your spouse file a joint federal income tax return, your spouse may be entitled to a portion of any IRS refund. Your spouse should obtain a federal "Injured Spouse Allocation" (Form 8379), if applicable. The Form 8379 instructions explain the steps your spouse must take. This form is online at www.irs.gov.

If you do not remit payment in full or take any action in response to this notice prior to the 60-day deadline, the debt will be referred to the Treasury. Please mail your payment along with the top portion of this letter, and include your Social Security Number with your payment. Please make your check or money order payable to: MISSOURI DIVISION OF EMPLOYMENT SECURITY. You also may pay by phone with a credit or debit card by calling 573-751-4058 (processing fees apply) or go to https://uinteract.labor.mo.gov.

The interception of your federal income tax refund is in addition to any payment plan you may have in place. You still will be required to make your monthly payments. It should be noted that the interception of your federal income tax refund will not prevent the DES from taking other actions as necessary to collect this debt.

***IMPORTANT***: *If needed, call 573-751-4058 for assistance in the translation and understanding of the information in this document.*
***¡IMPORTANTE!***: *Si es necesario, llame al 573-751-4058 para asistencia en la traducción y entendimiento de la información en este documento.*

*Missouri Division of Employment Security is an equal opportunity employer/program. Auxiliary aids and services are available upon request to individuals with disabilities.   TDD/TTY: 800-735-2966   Relay Missouri: 711*



MODES-4777 (09-17)
Benefits

# NON-MONETARY

INQ-010 

**Claimant SSN**
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

**Claimant Name**
KEVIN G SCOTT

## List of Issues

| Issue | Benefit Year Beginning | Issue Status/ Determination/ Determination Date | Employer Name | Determination Start Date | Determination End Date | Issue ID |
|---|---|---|---|---|---|---|
| Outstanding Overpayment Penalty- Overpayment Penalty- 1032504 | 10/08/2023 | Determination Made Denied 10/02/2024 | | 09/22/2024 | 09/09/9999 | 7654661 |

Previous